**STERNS & WEINROTH**
A Professional Corporation
Simon Kimmelman, Esq. (SK-3654)
Valerie A. Hamilton, Esq. (VH-5697)
50 West State Street, Suite 1400
P.O. Box 1298
Trenton, New Jersey 08607-1298
(609) 392-2100
Attorneys for Nutraquest, Inc.,
Debtor and Debtor-in-Possession

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 25 2005
JAMES W. McCORMACK, CLERK
By: /s/ Williams
    DEP CLERK

RECEIVED
OCT 17 2005
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Civil 05-4970 (GEB)

5:05 cv 244 SWW

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

In re:

NUTRAQUEST, INC.
PERSONAL INJURY CASES.

Civil No.: 03-5869 (GEB)

**ORDER GRANTING ELEVENTH SUPPLEMENTAL MOTION OF NUTRAQUEST, INC. FOR ORDER TRANSFERRING PERSONAL INJURY TORT CLAIMS TO THIS COURT PURSUANT TO 28 U.S.C. § 157(b)(5)**

Return Date: October 17, 2005
[Date specially assigned by Court]

This matter having come before the Court on October 17, 2005, the return date of the motion ("the Motion") of Nutraquest, Inc., debtor and debtor-in-possession ("Debtor"), to transfer to this Court the matters of <u>Joseph Lee Griffin v. GN Oldco Corporation d/b/a General Nutrition Center</u>, asserting personal injury tort claims and currently pending in the United States District Court for the Eastern District of Missouri, Eastern Divison (Case No. 05-cv-01348 JCH) (the "Griffin Action"), and <u>Vanlandingham v. Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc., Phoenix Laboratories, Inc., Vitamin Shoppe Industries, Inc., and Vitamin Shoppe North Bergen</u>, Case No. 5:05-cv-0244 SWW, asserting personal injury tort claims and currently pending in the United States District Court for the Eastern District of Arkansas, Pine Bluff Division (the "Vandlandingham Action") and for related relief, and the Court having considered all papers filed in support of and in opposition to the Motion, if any, and finding that the legal

and factual bases in the Motion set forth just cause for the relief requested therein; and for good cause shown,

IT IS on this __17th__ day of October, 2005;

**ORDERED** that

1. The Motion is GRANTED.

2. The Griffin Action and the Vanlandingham Action are ordered transferred to this Court in their entirety.

3. The Clerk of this Court, in coordination with and with the cooperation of counsel for the parties in the Griffin Action and the Vanlandingham Action, is authorized and directed to take whatever steps are necessary to effect the transfers as soon as possible.

4. The Griffin Action and the Vanlandingham Action and all proceedings therein (except for such actions as may be necessary to fully effectuate the transfer to this Court) are stayed and shall remain stayed until further order of this Court following the completion of the transfer process. To the extent applicable, the provisions of the Court's Order docketed on January 22, 2004, shall govern further proceedings in the Griffin Action and Vanlandingham Action.

5. To the extent that they have not already done so, Plaintiff in the Griffin Action and the Vanlandingham Action shall submit a Fact Sheet to Special Counsel for the Debtor, Dechert, LLP (Attn: Ronni Fuchs, Esq.), Princeton Pike Corporate Center, P.O. Box 5218, Princeton, NJ 08543-5218, no later than twenty (20) days from the entry of this Order.

HON. GARRETT E. BROWN
CHIEF JUDGE

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____ Deputy Clerk

2